UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021
```

RAFAEL PENA BONILLA,

        Plaintiff,

-against-

DANES PARKING CORP. and DANIEL ROSARIO,

        Defendants.

20-cv-10184 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint in December 2020 [ECF #4]. Plaintiff thereafter filed affidavits of service representing that Defendants' answers were due in January 2021 [ECF #6, 7]. However, Defendants have not answered or otherwise appeared in this action, and Plaintiff has not moved for a default judgment.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file any motion for a default judgment by July 6, 2021. Plaintiff shall follow the procedures applicable to default judgments in the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil. **Plaintiff is on notice that failure to move for a default judgment by July 6, 2021 may result in dismissal of this action for failure to prosecute.**

**SO ORDERED.**

Date: June 15, 2021
     New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**