# RAYMOND NARDO, P.C.

A T T O R N E Y  A T  L A W

129 THIRD STREET, MINEOLA, NY 11501

**Phone: (516)248-2121 | Fax: (516)742-7675 | Email raymondnardo@gmail.com**

July 2, 2021

<u>**Via ECF**</u>

The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

| |
|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  7/12/2021  |

      Re:    *Bonilla v. Danes Parking Corp., et. al.*
              <u>20-CV-10184 (MKV)</u>

Dear Judge Vyskocil,

I represent the Plaintiff in the above matter. Your Honor directed that Plaintiff move for a default judgment by July 6, 2021. I fully expected to discontinue the action because my client sent me a letter indicating that he no longer wanted to pursue the matter because he moved out of the country. Today, he contacted my office and advised that he wants to pursue his claim. I immediately filed papers for a Certificate of Default to be entered by the Clerk.

I request that Your Honor grant Plaintiff an additional two weeks, until July 20, 2021, to submit the necessary paperwork for a default judgment, assuming Defendants do not appear.

Thank you for your consideration.

Respectfully submitted,

_____
RAYMOND NARDO, ESQ.

RN:rn
cc: Danes Parking Corp., Daniel Rosario (by regular mail)

---

GRANTED. Motion due 7/20/2021.

Date:  July 12, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge