```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL PENA BONILLA,

           Plaintiff,

-against-

DANES PARKING CORP. and DANIEL ROSARIO,

           Defendants.

20-cv-10184 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court has been informed that the court-ordered mediation in this case was not held because the parties represented to the mediator that the parties have reached a settlement [ECF No. 35]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by March 7, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*. **Plaintiff remains on notice that failure to prosecute this case and comply with court orders may result in dismissal with prejudice.**

**SO ORDERED.**

Date: February 4, 2022
     New York, NY

                                      _____
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**